STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Brian S. Lestage, Beauregard Clerk of Co
In Proper Person
P. O. Box 100
DeRidder LA 70634-0100

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 1, 2026

**REHEARING ACTION: April 1, 2026**

**Docket Number: 26   00153-CW**

**THOMAS A. MCCARTNEY**
**VERSUS**
**BRIAN S. LESTAGE**

**Writ Application from Beauregard Parish Case No. C-20240145**

**BEFORE JUDGES:**

   Hon. Candyce G. Perret
   Hon. Jonathan W. Perry
   Hon. Wilbur L. Stiles

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for  rehearing filed by **Brian S. Lestage, Beauregard Clerk of Court** is:

> **MOTION FOR REHEARING GRANTED IN PART**. We grant rehearing in this matter for the sole purpose of clarifying our prior ruling, to any extent necessary. Nothing in our prior ruling affected McCartney's pauper status, which had previously been revoked and was not before this court. Accordingly, he was required to pay whatever fees were associated with the specific filings at issue. For thoroughness, we clarify that our prior order to the Clerk of Court required him to accept and file the documents at issue only if payment for those documents was also submitted at the time the documents were attempted to be filed.

cc: Thomas A. McCartney, Pro Se
    Donna Fuller, In Proper Person
    Devon McKnight, Counsel for  the Respondent
    Michael Scott Harper, Counsel for  the Respondent
    Charles A Sam Jones, III, Counsel for  the Respondent
    Christina Brumley, In Proper Person